JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ARTURO V. G., | ) | NO. CV 22-139-KS |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| COMMISIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: August 15, 2023

_____
KAREN L. STEVENSON
CHIEF MAGISTRATE JUDGE